```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 02187
   TAWANA GERMAINE LEE
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-8135


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/20/2004 and was confirmed 03/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated 100.00% from remaining funds.

     The case was paid in full 10/15/2007.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                PAID          PAID
------------------------------------------------------------------------------
 AMERICREDIT FINANCIAL SE  SECURED               323.62          287.55         323.62
 AMERICREDIT FINANCIAL SE  UNSECURED            1418.24             .00        1418.24
 WELLS FARGO HOME MORTGAG  CURRENT MORTG           .00              .00       24904.78
 WELLS FARGO HOME MORTGAG  MORTGAGE ARRE       13335.82             .00       13335.82
 SHAPIRO & KREISMAN        NOTICE ONLY      NOT FILED              .00            .00
 MORTGAGE ELECTRONIC REGI  NOTICE ONLY            .00              .00            .00
 STAWIARSKI & ASSOC        NOTICE ONLY            .00              .00            .00
 PAYDAY LOAN CORP OF ILLI  UNSECURED        NOT FILED              .00            .00
 AMERICASH LOANS           UNSECURED           1230.65             .00        1230.65
 AMERICASH                 NOTICE ONLY            .00              .00            .00
 ASSOCIATED RECOVERY SYST  NOTICE ONLY            .00              .00            .00
 CAPITAL ONE BANK          UNSECURED            825.89             .00         825.89
 CHECK INTO CASH           UNSECURED        NOT FILED              .00            .00
 CHECK N GO                UNSECURED        NOT FILED              .00            .00
 DEVON FINANCIAL SERVICE   UNSECURED        NOT FILED              .00            .00
 ILLINOIS TITLE LOAN       UNSECURED        NOT FILED              .00            .00
 INSTANT CASH ADVANCE      UNSECURED        NOT FILED              .00            .00
 MONEY MARKET PAYDAY EXPR  UNSECURED        NOT FILED              .00            .00
 PAY DAY EXPRESS           NOTICE ONLY            .00              .00            .00
 NATIONAL QUICK CASH       UNSECURED        NOT FILED              .00            .00
 NICOR GAS                 UNSECURED            736.19             .00         736.19
 PAYDAY LOAN CORP OF ILLI  UNSECURED        NOT FILED              .00            .00
 PAYDAY LOAN               UNSECURED        NOT FILED              .00            .00
 PAYDAY LOAN               UNSECURED        NOT FILED              .00            .00
 READY MONEY               UNSECURED        NOT FILED              .00            .00
 AMERICREDIT FINANCIAL SE  NOTICE ONLY            .00              .00            .00
 WASHINGTON MUTUAL HOME L  NOTICE ONLY      NOT FILED              .00            .00
 MORTGAGE ELECTRONIC SYST  NOTICE ONLY      NOT FILED              .00            .00
 MORTGAGE ELECTRONIC REGI  NOTICE ONLY      NOT FILED              .00            .00
 STAWIARSKI & ASSOC        NOTICE ONLY      NOT FILED              .00            .00
 WELLS FARGO HOME MORTGAG  MORTGAGE ARRE       3173.64             .00        3173.64
 PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                         2,700.00

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 02187 TAWANA GERMAINE LEE
```

```
TOM VAUGHN                    TRUSTEE                                  2,722.74
DEBTOR REFUND                 REFUND                                      67.85

        Summary of Receipts and Disbursements:
    ----------------------------------------------------------------------
                              RECEIPTS         DISBURSEMENTS
    ----------------------------------------------------------------------
TRUSTEE                      51,726.97

PRIORITY                                                 .00
SECURED                                            41,737.86
    INTEREST                                          287.55
UNSECURED                                           4,210.97
ADMINISTRATIVE                                      2,700.00
TRUSTEE COMPENSATION                                2,722.74
DEBTOR REFUND                                          67.85
                             ---------------   ---------------
TOTALS                       51,726.97             51,726.97
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 01/28/08                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                        PAGE   2
      CASE NO. 04 B 02187 TAWANA GERMAINE LEE